UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHALED MOHAMED ADEL DRIDI,      )
                                )
            Plaintiff(s),       )      No. C 09-6015 BZ
                                )
       v.                       )
                                )      **ORDER RESTORING INITIAL CASE**
JANET NAPOLITANO, et al.,       )      **MANAGEMENT CONFERENCE AND**
                                )      **ADR DEADLINES**
            Defendant(s).       )
                                )
_____ )

No opposition having been received to plaintiff's request to have this case exempted from General Order 61, **IT IS ORDERED** that the schedule set forth in the Order Setting Initial Case Management Conference and ADR Deadlines filed December 23, 2009 is restored.  Counsel shall comply with all dates set forth in that Order.

Dated: January 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DRIDI V. NAPOLITANO\ORDER RESTORING CMC AND ADR DEADLINES.wpd

1