1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  KHALED MOHAMED ADEL DRIDI,   )
                                 )
12           Plaintiff(s),       )      No. C 09-6015 BZ
                                 )
13      v.                       )
                                 )      **ORDER RESTORING INITIAL CASE**
14  JANET NAPOLITANO, et al.,    )      **MANAGEMENT CONFERENCE AND**
                                 )      **ADR DEADLINES**
15           Defendant(s).       )
                                 )
16  _____  )

17       No opposition having been received to plaintiff's request

18  to have this case exempted from General Order 61, **IT IS**

19  **ORDERED** that the schedule set forth in the Order Setting

20  Initial Case Management Conference and ADR Deadlines filed

21  December 23, 2009 is restored.  Counsel shall comply with all

22  dates set forth in that Order.

23  Dated: January 19, 2010

24  _____
                      Bernard Zimmerman
25              United States Magistrate Judge

26

27  G:\BZALL\-BZCASES\DRIDI V. NAPOLITANO\ORDER RESTORNING CMC AND ADR
    DEADLINES.wpd

28

                              1